◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DELBERT JACQUES, Appellant.—

Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.